UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CAROL WILLIAMS STEWART   §   Case No. 09 - 45762
              §   Hon. A. BENJAMIN GOLDGAR
              §   Chapter 7
              §
   Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:00a.m. on JULY 21, 2010 in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St., Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CAROL WILLIAMS STEWART   §   Case No. 09-45762
§   Hon. A. BENJAMIN GOLDGAR
§   Chapter 7
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $28,758.07 |
| and approved disbursements of | $0.00 |
| leaving a balance on hand of [1] | $28,758.07 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee   ALLAN J. DeMARS | $3,625.81 | $11.94 |
| Attorney for trustee   ALLAN J. DeMARS | $3,740.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges,   U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $49,220.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Internal Revenue Service | $500.00 | $217.19 |
| 5 | Illinois Dept. of Revenue | $48,720.24 | $21,163.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $3,212.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ 0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, NA | $3,212.16 | $0.00 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $1,400,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | American Chartered Bank | $1,400,000.00 | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $4,734.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Illinois Dept. of Revenue | $4,734.10 | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street
Suite 910
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 1                   Date Rcvd: Jun 22, 2010
Case: 09-45762                Form ID: pdf006              Total Noticed: 18


The following entities were noticed by first class mail on Jun 24, 2010.
db           +Carol Williams Stewart,    57 E Delaware Place,   #3301,    Chicago, IL 60611-1630
aty          +Rebecca D. Rosenthal,    Adelman & Gettleman, Ltd.,    53 W. Jackson Blvd,    Suite 1050,
               Chicago, IL 60604-3786
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,   Chicago, IL 60603-1957
14931502     +401 East Ontario,    Homeowner's Association,    401 East Ontario,    Chicago, IL 60611-3051
14801556     +American Chartered Bank,    Jonathan P Friedland,    Levenfeld Pearlstein, LLC,
               2 North LaSalle, Suite 1300,    Chicago, IL 60602-3709
14931507     +Boston Stores,    HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
15153217     +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, TX 75374-0933
14801557      DIRECTV,    Customer Service,    P.O. Box 6550,   Greenwood Village, CO 80155-6550
14801558     +HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
14931503     +Home National Bank,    PO Box 518,   Winfield, KS 67156-0518
14931505     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  IL Dept Of Revenue,    Bankruptcy Section-Level 7-425,    100 W Randolph,
               Chicago, IL 60601)
15127184     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operations,
               P.O. Box 21126,    Philadelphia PA 19114)
14931506     +IRS Special Procedures Branch,    230 S Dearborn,   Attn: Stop 5010-CHI,    Chicago, IL 60604-1688
15661514      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
14931508     +US Attorney (Northern District),    Patrick Fitzgerald,    219 S Dearborn, 5th FL,
               Chicago, IL 60604-2029
14931509      US Department of Justice,    950 Pennsylvania Avenue, NW,    Washington, DC 20530-0001
14931504     +USA Painting Remodeling,    2660 W Winnemac,    Chicago, IL 60625-2712

The following entities were noticed by electronic transmission on Jun 23, 2010.
14801559     +E-mail/PDF: cr-bankruptcy@kohls.com Jun 23 2010 03:22:41      Kohl's Dept Stores,    PO Box 2983,
               Milwaukee, WI 53201-2983
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,   Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2010**           **Signature:** *Joseph Speetjens*