**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: CAROL WILLIAMS STEWART § Case No. 09-45762
§ Hon. A BENJAMIN GOLDGAR
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,553,128.51 | Assets Exempt: | $54,823.07 |
| Total Distributions to Claimants: | $21,380.32 | Claims Discharged Without Payment: | $3,045,759.75 |
| Total Expenses of Administration: | $7,377.75 | | |

3) Total gross receipts of $28,758.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2** ), yielded net receipts of $28,758.07 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $3,884,164.83 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,377.75 | $7,377.75 | $7,377.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $49,220.24 | $49,220.24 | $21,380.32 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,239.05 | $2,636,172.43 | $2,636,172.43 | $0.00 |
| **TOTAL DISBURSEMENTS** | $3,888,403.88 | $2,692,770.42 | $2,692,770.42 | $28,758.07 |

4) This case was originally filed under chapter 7 on 12/02/2009. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/31/2010 By: /s/ ALLAN J. DeMARS

Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| preference recovery | 1241-000 | $18,863.03 |
| right, title and interest in personal property | 1129-000 | $9,890.00 |
| interest on invested funds | 1270-000 | $5.04 |
| | | |
| TOTAL GROSS RECEIPTS | | $28,758.07 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 5 secured claims | | $3,884,164.83 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL SECURED CLAIMS | | $3,884,164.83 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $3,625.81 | $3,625.81 | $3,625.81 |
| Allan J. DeMars | 2200-000 | N/A | $11.94 | $11.94 | $11.94 |
| Allan J. DeMars | 3110-000 | N/A | $3,740.00 | $3,740.00 | $3,740.00 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $7,377.75 | $7,377.75 | $7,377.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | $0.00 | $500.00 | $500.00 | $217.19 |
| Illinois Department of Revenue | 5800-000 | $0.00 | $48,720.24 | $48,720.24 | $21,163.13 |
| | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $49,220.24 | $49,220.24 | $21,380.32 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Boston Store | | $976.05 | $0.00 | $0.00 | $0.00 |
| DirectTV | | $25.00 | $0.00 | $0.00 | $0.00 |
| Kohl's Dept Stores | | $3,238.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank USA | | $0.00 | $3,212.16 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| American Chartered Bank | $0.00 | $2,628,226.17 | $0.00 | $0.00 |
| Illinois Dept of Revenue | $0.00 | $4,734.10 | $0.00 | $0.00 |
| | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $4,239.05 | $2,636,172.43 | $0.00 | $0.00 |

# EXHIBIT 8 - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 09-45762

Case Name: CAROL WILLIAMS STEWART

For Period Ending: 12/31/10

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 12/2/09(F)

§341(a) Meeting Date: 1/14/10

Claims Bar Date: 4/23/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Condo 57 E. Delaware, Chicago, IL | 875,000.00 | 0.00 | DA | | FA |
| 2 | condo 401 E. Ontario | 500,000.00 | 0.00 | DA | | FA |
| 3 | 27 Braid Hills Drive Winfield, KS | 192,500.00 | 0.00 | DA | | FA |
| 4 | cash on hand | 52.00 | 0.00 | DA | | FA |
| 5 | checking acct Harris Bank | 0.00 | 0.00 | DA | | FA |
| 6 | Bank of America money market | 31.26 | 0.00 | DA | | FA |
| 7 | checking acct American Chartered Bank | 4,545.25 | 0.00 | DA | | FA |
| 8 | Recovery of preference form (u) | 0.00 | 18,863.03 | | 18,863.03 | FA |
| 9 | housshold goods | 1,032.50 | 2,065.00 | | 2,065.00 | |
| 11 | artwork | 3,062.50 | 5,125.00 | | 5,125.00 | |
| 12 | wearing apparel | unknown | 0.00 | DA | | FA |
| 13 | wedding ring, engagement ring, necklaces | 6,700.00 | 2,700.00 | | 2,700.00 | |
| 14 | life insurance | 0.00 | 0.00 | DA | | FA |
| 15 | Bank of America IRA | 8,358.96 | 0.00 | DA | | FA |
| 16 | Harris IRA | 27,464.11 | 0.00 | DA | | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | interest on invested funds | | | | 5.04 | |

TOTALS (Excluding unknown values) 28,753.03 28,758.07

(Total Dollar Amount in Column 6)

Major activities affecting case closing: sale of right, title and interest in partially exempt and non-exempt assets; recovery of preference

Initial Projected Date of Final Report (TFR): June, 2010 Current Projected Date of Final Report (TFR): 6/8/10

# EXHIBIT 9 - FORM 2
# CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 09-45762
Case Name: CAROL WILLIAMS STEWART
Taxpayer ID#: 27-6477871
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 556 4775

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 3/8/10 | Ref 8 | American Chartered Bank | return of preference | 1241-000 | 18,863.03 | | 18,863.03 |
| 3/31/10 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 1.14 | | 18,864.17 |
| 4/30/10 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 1.55 | | 18,865.72 |
| 5/6/10 | Ref 9,11 & 13 | from Benjamin Stewart | right, title and interest in artwork, household goods and jewelry | 1129-000 | 9,890.00 | | 28,755.72 |
| 5/31/10 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 2.19 | | 28,757.91 |
| 6/3/10 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.16 | | 28,758.07 |
| 7/21/10 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 3,625.81 | 25,132.26 |
| 7/21/10 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 11.94 | 25,120.32 |
| 7/21/10 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,740.00 | 21,380.32 |
| 7/21/10 | Check 1004 | Internal Revenue Service | taxes-507(a)(8) | 5800-000 | | 217.19 | 21,163.13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 7/21/10 | Check 1005 | Illinois Department of Revenue | taxes-507(a)(8) | 5800-000 | | 21,163.13 | 0.00 |
| | | | | COLUMN TOTALS | 28,758.07 | 28,758.07 | 0.00 |

Net

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# | | | |
| Money Market # 375 556 4775 | 28,758.07 | 28,758.07 | 0.00 |
| Net | 28,758.07 | 28,758.07 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |